UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: ROBERT P. RIDER,   CASE NO. 8:11-bk-22034-CPM
      a/k/a ROBERT PETER RIDER   Chapter 7
      and NANCY L. RIDER,
      a/k/a NANCY LEE RIDER,

         Debtors.
_____/

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE**
**PROPOSED COMPROMISE OF ESTATE'S PERSONAL INJURY CLAIM**

THIS CAUSE having come on for consideration upon the *Trustee's Motion to Approve Proposed Compromise of Estate's Personal Injury Claim* (docket # 32, hereinafter the "Motion") filed on behalf of Susan Woodard, Trustee in this Chapter 7 Case. The controversy is between the Bankruptcy Estate of Robert and Nancy Rider and Travelers - The Charter Oak Fire Insurance Company (hereinafter "Travelers"). Pursuant to facts alleged in the Motion, the personal injuries to Nancy Rider stem from an automobile collision, which occurred on or about February 1, 2007. The Trustee alleges that the collision was caused by the negligence of an individual who was insured through Travelers. As such, the Trustee claims that Travelers is liable to the estate for the injuries and damages suffered by the debtors and/or the estate.

As stated in the Motion, Travelers, through defense attorney Kevin Kapusta, has offered $50,000.00 to settle the claim and the Trustee has filed a motion to compromise the claim for that amount. The Motion was filed using the provisions of L.R. 2002-4. Within the time allowed no objections to the Motion were filed. The Court therefore deems the Motion unopposed. Accordingly it is:

ORDERED, that the Motion, as filed on behalf of the Trustee Susan Woodard is hereby granted. It is further:

ORDERED, that the Trustee is authorized to compromise the personal injury claim by accepting $50,000.00 from Travelers and executing a release, if requested and a Dismissal. In addition, the following amounts, which represent the outstanding balances owed to the medical providers for services rendered to the debtor for injuries she received in the collision, are to be deemed as timely filed unsecured claims:

| | |
|---|---|
| Pain Management Institute<br>6815 14th Street West, Suite 204, Bradenton, FL 34207<br>ID# 201785919 | $ 540.00 |
| Sigma Funding, LLC (Dr. Priewe)<br>1348 Fruitville Rd., Suite 202, Sarasota, FL 34236 | 6,244.90 |
| Physicians Group of Sarasota<br>P.O. Box 25308, Sarasota, FL 34277<br>Patient No. SBRAD61463 | 3,298.72 |

It is further ORDERED, that the Trustee is hereby authorized to pay Blue Cross and Blue Shield of Florida $3,860.38 from the proceeds of the personal injury settlement in full satisfaction of the Blue Cross and Blue Shield of Florida subrogation claim.

It is further ORDERED, that Travelers is directed, if they have not already done so, to remit payment of the agreed upon sum to the Trustee within FIFTEEN (15) days of the signing of this Order. The settlement check and release shall be made out only to "Susan Woodard, Trustee for the Bankruptcy Estate of Robert and Nancy Rider". The release, if requested, shall not include any indemnity or hold harmless language. There shall be no payment to counsel absent application to, and Order from, this Court. Service of this Order is limited to the debtors, debtors' attorney (if applicable) and parties to the proposed settlement.

DONE AND ORDERED at Tampa, Florida on _____April 10, 2013_____

_____
Catherine Peek McEwen
United States Bankruptcy Judge

Copies to:
Susan Woodard, Trustee, P.O. Box 7828, St. Petersburg, FL 33734
Robert and Nancy Rider, P.O. Box 1901, Oneco, FL 34264
Richard V. Lewis, Esquire, 3202North Tamiami Trail, Sarasota, FL 34234
Kevin M. Gallagher, Esquire, 4420 5th Street West, Bradenton, FL 34207-1531
Kevin Kapusta, Esquire, 5401 West Kennedy Blvd., Suite 800, Tampa, FL 33609-2428
BCBSF – Subrogation Dep't, ATT: Tina Marvin, P.O. Box 45252, Jacksonville, FL 32232-5252
Pain Management Institute, 6815 14th Street West, Suite 204, Bradenton, FL 34207
Sigma Funding, LLC, 1348 Fruitville Rd., Suite 202, Sarasota, FL 34236
Physicians Group of Sarasota, P.O. Box 25308, Sarasota, FL 34277
Vincent Rowley, Esquire, 111 Second Avenue NE, Suite 919, St. Petersburg, FL 33701
U.S. Trustee, 501 East Polk Street, Suite 1200, Tampa, FL 33602