**[dntcclm]** [Notice of Claim]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                 Case No. 8:11−bk−22034−CPM
                                                                       Chapter 7

Robert P. Rider
aka Robert Peter Rider


Nancy L. Rider
aka Nancy Lee Rider

       Debtor(s)      /


NOTICE OF CLAIM FILED BY TRUSTEE

TO:

Sigma Funding LLC
c/o Dr. Priewe
1348 Fruitville Road, Suite 202
Sarasota FL 34236

    Notice is given pursuant to Fed. R. Bank. P. 3004 that the Trustee filed a claim on your behalf in the above captioned matter on May 21, 2013, in the amount of $6,244.90.


    Dated May 23, 2013.


                              Lee Ann Bennett, Clerk of Court
                              Sam M. Gibbons United States
                              Courthouse
                              801 North Florida Avenue, Suite 555
                              Tampa, FL 33602


    Copies furnished to:
    Debtor
    Debtor's Attorney
    Trustee
    Sigma Funding LLC
    c/o Dr. Priewe
    1348 Fruitville Road, Suite 202
    Sarasota FL 34236